# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

    FRANK J. PETA, JR.               Chapter 13

               Debtor         Bankruptcy No. 14-16847-MDC
                                   Date: 12/11/2014
                                   Time: 9:30am
                                   Courtroom: #Courtroom #2
                                   900 Market St,
                                   Philadelphia PA 19107

## CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

    **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to appear at the meeting of creditors required by 11 U.S.C. Section 341(a).

Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

    The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

    **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                 Respectfully submitted,

                                 /s/ William C. Miller

                               _____

                               William C. Miller, Esquire
                               Chapter 13 Standing Trustee
                               P.O. Box 40119
                               Philadelphia, PA 19106
                               Telephone: (215)627-1377